**IN THE UNITED STATES DISTRICT COURT FOR THE**
**WESTERN DISTRICT OF KANSAS**

UNITED STATES OF AMERICA

        Plaintiff,

-vs-                               Case No.    2:25-CR-20043-BP-JAM

MONTRESSA CUNNINGHAM,

        Defendant.

_____

**MEMORANDUM OF MATTERS DISCUSSED AND**
**ACTION TAKEN AT PRETRIAL CONFERENCE**

The following matters were discussed and action taken during the pretrial conference:

**PENDING CHARGES**:    Count One    Obstruction of Justice, *in violation of* 18 U.S.C. §§ 1503 and 2

                              Count Two    Contempt, *in violation of* 18 U.S.C. § 401(3)

                              Count Three  Anonymous Interstate Harassing Telephone Call, *in violation of* 47 U.S.C. §§ 223(a)(1)(C)

**TRIAL COUNSEL**:
        Government: Jacob Strain & Sachiko Jepson
           Case Agent: Deputy USM Chris Wallace
        Defense: Lesley Smith & Angie Williams
           Investigator Kendra Jackson and Paralegal Melissa McDaniel will assist

**OUTSTANDING MOTIONS**:  None

**ANTICIPATED MOTIONS**: Defendant plans to file motions in limine

**TRIAL WITNESSES**:
        Government: 16 with or without stipulations
        Defense: no more than 3 additional witnesses; Defendant may testify

**TRIAL EXHIBITS**:
        Government: 40 exhibits
        Defense: 10 exhibits

**DEFENSES**:
        ( x )    defense of general denial
        (   )    defenses of general denial and _____

**POSSIBLE DISPOSITION**:

The Government identified the case as definitely for trial.

Defense counsel indicated a plea would likely be worked out.

**TRIAL TIME**: **5 ½ days**

Government's case including jury selection: 1 day for jury selection (due to requested size of jury panel) and 4 days for presentation of evidence.

Defense case: ½ day

**STIPULATIONS**:

A summary of stipulations proposed by the Government is as follows:

(1) Defendant being charged by Indictment in Case No. 5:21cr40105 on December 8, 2021;

(2) Defendant being found guilty on October 12, 2023, following a jury trial;

(3) Defendant being sentenced by United States District Court Judge Toby Crouse on April 23, 2024, and being allowed to self-surrender; and

(4) At the April 23, 2024, sentencing hearing, Judge Crouse continuing Defendant on bond - including the condition for location monitoring.

Defendant is likely to agree with proposed stipulations (1)-(3).

**UNUSUAL QUESTIONS OF LAW**:

The Government identified five topics to be addressed prior to trial:

(1) The Government will request that the Protective Order shielding Judge Crouse's family members' names be extended through trial.   Defense counsel did not announce a position with regard to this topic.

(2) The Government will request time limits on cross examination of Judge Crouse's family members regarding the substance of DCF allegations.   Defense counsel stated she needs to be able to question family members about their injuries, and stated this topic could be addressed by objection at trial.

(3) The Government will request a witness not be questioned about his criminal history at trial. Defense counsel agreed.   Similarly, the Government will request that an expert not be cross-examined about a 1993 incident that does not appear in his criminal history.   Defense counsel stated that the Rules already address appropriate treatment, and that she would request cross examination only if it became relevant.

(4) The Government will request permission to ask leading questions to minor witnesses. Defense counsel does not object.

(5) The Government will request Judge Crouse's wife be permitted to remain in the courtroom after testifying to provide emotional support for the family.   Defense counsel does not object to her presence.

The Court directed the parties to file written motions on any unresolved topics.

**FILING DEADLINES:**

**Witness and Exhibit Lists**:
Government: March 30, 2026
Defense: March 30, 2026
**Counsel are requested to list witnesses in alphabetical order on their witness list.**

**Exhibit Index, Voir Dire, Jury Instructions**: March 30, 2026
**Jury instructions must comply with Local Rule 51.1**

**Motions in Limine**: March 30, 2026

**TRIAL SETTING**: Jury Trial commencing April 13, 2026
**Please note**:   *The Government does not have any conflicts.   Defense counsel has a hearing in the Western District of Missouri the afternoon of April 15, 2026, for which she will obtain coverage.*

**OTHER**:
(   )    A _____-speaking interpreter is required.
(   )    Other assistive devices:  _____

**IT IS SO ORDERED.**

/s/ *Jill A. Morris*_____
JILL A. MORRIS
United States Magistrate Judge

3